UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MANPOWERGROUP US, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:18-CV-1892 SPM ) ) |
| SAPPHIRE BAKERY COMPANY, LLC., | ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Entry of Clerk's Default, (Doc. 8), Defendant's Response to that motion, (Doc. 9), and Plaintiff's Reply (Doc. 10).

Plaintiff filed a motion for entry of clerk's default against Defendant Sapphire Bakery Company, LLC on December 14, 2018. On December 17, 2018, Defendant filed a response, in which they indicated that they had misunderstood the time allotted to answer the complaint, and requested permission to file their answer out of time. The Court will construe that request as a motion to file their answer out of time. On December 19, 2018, Plaintiff filed a reply to Defendant's response, in which they indicated a desire to withdraw their motion for entry of clerk's default. The Court will construe Plaintiff's request as a motion to withdraw their earlier motion for clerk's default. Plaintiff also stated in its reply that it consents to Defendant's request for leave to file its answer out of time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Reply to Document 9, which the Court is construing as a Motion to Withdraw its Motion for Entry of Clerk's Default (Doc. 10) is **GRANTED**. The Motion for Entry of Clerk's Default (Doc. 8) is hereby **withdrawn** and **terminated**.

**IT IS FURTHER ORDERED** that Defendant's request for permission to file their answer, which the Court is construing as a motion for leave to file its answer out of time (Doc. 9) is **GRANTED**. The Clerk is directed to detach Exhibit A to Document 9 and enter it as Defendant's answer to the complaint.

_/s/ Shirley P. Mensah_
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of December, 2018.